# Tilton Beldner LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2022

Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

March 28, 2022

*Via ECF*
Hon. Judge Stewart D. Aaron
U.S. Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Initial Pretrial Conference scheduled for April 11, 2022 is adjourned until April 27, 2022 at 10:00 a.m. SO ORDERED.
Dated: April 7, 2022

Re:   *Jeffers v. River Park Residences, L.P., et al*
       *Index No.: 22-CV-813*

Dear Hon. Judge Aaron:

This office is co-counsel in our representation of the Defendants in this action, and I'm writing to respectfully request an adjournment of the initial pre-trial conference currently scheduled for April 11, 2022. The parties are currently engaged in meaningful settlement discussions and are hopeful that an early resolution can be reached. I have conferred with Ms. Stephanie Costa, Esq., of Bronx Legal Services, counsel for Plaintiff in this case and she consents to this request. This is the first request for an adjournment of the initial pre-trial conference. Ms. Costa and I are both available in the morning on April 27th and April 28th.

Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Joshua Beldner

CC:   *VIA ECF*
       *Counsel for all parties*

1