# Tilton Beldner LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2022

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

April 19, 2022

*Via ECF*
Hon. Judge Stewart D. Aaron
U.S. Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Initial Pretrial Conference currently scheduled for April 27, 2022 is adjourned until May 10, 2022 at 11:00 a.m. SO ORDERED.

Dated: April 19, 2022

Re: *Jeffers v. River Park Residences, L.P., et al*
    *Index No.: 22-CV-813*

Dear Hon. Judge Aaron:

This office is co-counsel in our representation of the Defendants in this action, and I'm writing on behalf of both parties to respectfully request an adjournment of the initial pre-trial conference currently scheduled for April 27, 2022. The parties believe that they have reached an agreement in principle to settle this case. However, as part of the proposed resolution to this action, there are certain actions which need to be taken by third parties. These actions will likely be completed by next week. In light of the foregoing, the parties respectfully request that the initial pre-trial conference be adjourned until May 10th, May 13th, or May 17th. This is the second request for an adjournment of the initial pre-trial conference. In the event that the parties are able to exchange and finalize a settlement agreement before the rescheduled initial pre-trial conference, we will notify the court.

Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Joshua Beldner

CC:   *VIA ECF*
      *Counsel for all parties*

1