# Tilton Beldner LLP

Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

April 19, 2022

*Via ECF*
Hon. Judge Stewart D. Aaron
U.S. Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Initial Pretrial Conference scheduled for May 10, 2022 is adjourned *sine die*.
SO ORDERED.
Dated: May 5, 2022

Re: *Jeffers v. River Park Residences, L.P., et al*
    *Index No.: 22-CV-813*

Dear Hon. Judge Aaron:

This office is co-counsel in our representation of the Defendants in this action. I'm writing on behalf of both parties to notify the court that the parties have agreed in principle to a resolution of this matter. The parties are in the process of memorializing settlement terms, and we expect that a stipulation of dismissal will be filed within the next 30 days. In light of the foregoing, the parties respectfully request that all future deadlines and conferences be adjourned for a period of at least 30 days.

Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Joshua Beldner

CC:  *VIA ECF*
     *Counsel for all parties*

1