UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
LILY JEFFERS,                                         :
                         Plaintiff,    :
:         22-CV-813 (VSB)
         -against-          :
:         **ORDER**
RIVER PARK RESIDENCES, L.P., et al.,   :
                      Defendants.   :
:
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      This case has been reassigned to me for all purposes.  The Order of Reference to a Magistrate Judge for General Pretrial, (Doc. 9), is hereby VACATED.

SO ORDERED.

Dated:  May 19, 2022
          New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge