# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

January 9, 2023

*Via ECF*
Hon. Judge Denise L. Cote
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Jeffers v. River Park Residences, L.P., et al*
*Index No.: 22-CV-813 (DLC)*

Dear Hon. Judge Cote:

This office represents the Defendants in this action. As was mentioned in Plaintiff's counsel's letter requesting an extension last week, the parties have been working diligently and cooperatively, and expected to have the stipulation of settlement executed by the deadline of January 6, 2023. However, due to some unexpected challenges, we were not finalize the settlement, and Your Honor denied the parties' request for an extension and scheduled an Initial Pretrial Conference for January 13, 2023. Unfortunately, I will be out of the country from January 13th until January 18th, and I will therefore be unable to attend. Accordingly, I am requesting that the Initial Pretrial Conference be adjourned. Plaintiff's counsel consents to this request for an adjournment. Counsel have conferred and are available January 23, 24, 25, or 26th, or a date thereafter that is convenient for the court. If this request for an adjournment is granted, no future deadlines or appearances would be affected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

/S/
Joshua Beldner

CC: *VIA ECF*
*Counsel for all parties*

*[Handwritten note:]* The conference is adjourned to 1/27/23 at 10:30 am.

*[Signed]* Denise Cote
1/9/23

1